UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BWP MEDIA USA INC., et al.,

    Plaintiffs,

  v.

LOLJAM INC.,

    Defendant.

_____/

No. C 13-4514 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiffs' motion for default judgment, filed on February 28, 2014.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED**.

Dated: March 17, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J, counsel of record