<div style="float:left">United States District Court<br>For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BWP MEDIA USA INC, | No. C-13-04514 PJH (DMR) |
| Plaintiff(s), | **SECOND ORDER TO SUBMIT SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT [DOCKET NO. 26]** |
| v. | |
| LOLJAM INC, | |
| Defendant(s). | |
| _____/ | |

On February 28, 2014, Plaintiff BWP Media USA Inc. dba Pacific Coast News and National Photo Group filed a motion for default judgment. [Docket No. 26.] On April 4, 2014, the court ordered Plaintiff to submit supplemental briefing in support of its motion, which Plaintiff timely filed on April 11, 2014. [Docket Nos. 30, 34.]

Plaintiff submitted three exhibits in connection with its briefing regarding the court's personal jurisdiction over Defendant and the adequacy of service on Defendant. However, the exhibits were not supported by an affidavit or declaration and were otherwise unauthenticated. *See* N.D. Cal. Civ. L.R. 7-5(a) ("[f]actual contentions made in support of . . . any motion must be supported by an affidavit or declaration . . . . evidentiary matters must be appropriately authenticated by an affidavit or declaration."). In addition, Plaintiff argues that service of the summons and complaint on Defendant's registered agent, American Incorporators Ltd., was adequate under the Federal Rules of Civil Procedure, but provides no information about Mary Quinn, the individual

actually served, such as her title, other than the unsupported statement that she is "Authorized to Accept Service."

The court will provide Plaintiff with one opportunity to address the above deficiencies in its supplemental briefing in support of the motion for default judgment. Plaintiff shall submit additional briefing by no later than **April 18, 2014.** The hearing set for April 24, 2014 is CONTINUED to **May 8, 2014 at 11:00 a.m.** For courtroom number and floor information, please check the Court's online calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

**Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.**

IT IS SO ORDERED.

Dated: April 14, 2014



DONNA M. RYU
United States Magistrate Judge