UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BWP MEDIA USA INC, | No. C-13-04514 PJH (DMR) |
| Plaintiff(s), | **ORDER TO FILE PROOF OF SERVICE** |
| v. | |
| LOLJAM INC, | |
| Defendant(s). | |

On April 14, 2014, the court issued a second order for Plaintiffs to submit supplemental briefing in support of their motion for default judgment and continued the hearing on the motion before the undersigned to May 8, 2014. [Docket No. 35.]  In its order, the court ordered Plaintiffs to immediately serve Defendant with a copy of the order and file a proof of service with the court. Plaintiffs have not filed a proof of service and it is unclear whether Defendant was served with a copy of the order setting the hearing on the motion.  Therefore, by **12:00 p.m. on Monday, May 5, 2014**, Plaintiffs shall serve Defendant with the April 14, 2014 order, if they have not already done so, and file a proof of service with the court.  If Defendant was not previously served, the hearing on Plaintiffs' motion for default judgment will be continued to May 22, 2014 at 11:00 am.

IT IS SO ORDERED.

Dated: May 2, 2014

DONNA M. RYU
United States Magistrate Judge