United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BWP MEDIA USA INC., et al.,

    Plaintiffs,    No. C 13-4514 PJH

    v.    **ORDER**

LOLJAM, INC.,

    Defendant.

_____/

On March 17, 2014, this matter was referred to Magistrate Judge Donna M. Ryu pursuant to 28 U.S.C. § 636(b)(1) for a report and recommendation on plaintiffs' motion for default judgment. On May 8, 2014, Judge Ryu issued the report and recommendation, in which she recommended that plaintiffs' motion for default judgment be granted.

The order also stated as follows: "Immediately upon receipt of this order, Plaintiffs shall serve a copy of this order on Defendant and file a proof of service with the court." To date (eleven days later), no proof of service has been filed.

No later than May 23, 2014, plaintiffs shall file a proof of service with the court showing service of the report and recommendation on defendant. **Failure to comply with this order may result in denial of the motion for default judgment.**

**IT IS SO ORDERED.**

Dated: May 19, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge